```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE:
                                        Chapter 7
        MARCIA CAMPBELL                 Index No.: 17-13518

                        Debtor
NINEL BAKER,

                Plaintiff,              Adv. Pro. No.: 18-01543
        v.
MARCIA CAMPBELL,

                Defendant.
```

**NOTICE OF WITHDRAWAL**

Please take Notice that this office represents the debtor in te above captioned case.

Marcia Campbell by and through her attorneys Blackman and Melville P.C. herein withdraws the Defendants Motion to Vacate Default Judgment.

Dated: August 22nd, 2018

_____
Nigel E. Blackman Esq.